JOSEPH A. SNYDER ET AL. V. SAMUEL ROGERS.

FILED JANUARY 8, 1902. No. 10,927.

Decision of Trial Court: PREPONDERANCE OF EVIDENCE: REVIEW. A
    decision of the trial court based upon competent evidence, not
    intrinsically improbable, will be sustained, even though the re-
    viewing court may think the preponderance of the evidence is
    opposed to the conclusion reached.

ERROR from the district court for Gosper county. Tried
below before NORRIS, J. *Affirmed.*

*W. R. Starr*, for plaintiffs in error.

*Webster S. Morlan, contra.*

SULLIVAN, J.

Tu this case there is involved only a question of fact. The evidence is about evenly balanced. That supporting the theory of the defendant in error, although not entirely satisfactory, is not intrinsically improbable; and hence, under the settled practice in this court, the decision of the trial court can not be disturbed. No possible benefit could accrue to the parties or the profession from a presentation and discussion of the evidence, and we therefore content ourselves with an announcement of the conclusion at which we have arrived.

The judgment is

AFFIRMED.